IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jay J. Schindler, | ) C/A: 3:12-293-JFA |
|        Plaintiff, | ) |
| | ) ORDER |
| vs. | ) |
| UNUM Group, Inc., | ) |
|        Defendant. | ) |

The parties have responded to this court's request for a status report by indicating that no further issues remain in dispute in this case. Specifically, payments called for under this court's order awarding benefits to the plaintiff have been commenced, and the parties have reached an agreed upon attorney's fee which has been paid. For these reasons, the Clerk is authorized to close this case.

IT IS SO ORDERED.

December 27, 2013　　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　　United States District Judge